DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6940
FAX: (415) 436-7234
Kirstin.ault@usdoj.gov

Attorneys for United States

FILED

MAY 22 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR ASSISTANCE FROM THE BASIC COURT IN SUBOTICA, SERBIA IN THE MATTER OF BELIĆ V. HUBAI, REF. NO. I. 632/18, DJ REF. NO. 189-266-19-1 | CASE NO. CV-19 80137 MISC VKD<br><br>UNOPPOSED APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 |

Pursuant to 28 U.S.C. Section 1782, and the request from the Basic Court in Subotica, Serbia, for information from Google, Inc., the United States of America petitions this Court to sign the accompanying proposed order. Google, Inc. does not object to the entry of that order, but reserves all rights and objections in responding to the underlying subpoena.

DATED: May 21, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

By:  /s/
KIRSTIN M. AULT
Assistant United States Attorney

UNOPPOSED APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782